AO 240  (Rev. 9/96)

# United States District Court

**NORTHERN** ———————— DISTRICT OF ———— **THE WESTERN DIVISION**

ARMANDO MANRIQUE

Plaintiff

**F I L E D**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

**V.**

MAR 2 4 2008

NEDRA CHANDLER

Defendant

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER:  **08 C 5 0 0 4 8**

I, _____ Armando Manrique _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     [X] Yes      [ ] No       (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____ Dixon Correctional Center _____

   Are you employed at the institution? _yes____   Do you receive any payment from the institution? _yes___

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     [X] Yes      [ ] No

   a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   $28.23 per month.

   b.  if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past 12 twelve months have your received any money from any of the following sources?

   a.  Business, profession or other self-employment     [ ] Yes    [X] No
   b.  Rent payments, interest or dividends              [ ] Yes    [X] No
   c.  Pensions, annuities or life insurance payments    [ ] Yes    [x] No
   d.  Disability or workers compensation payments       [ ] Yes    [X] No
   e.  Gifts or inheritances                            [ ] Yes    [X] No
   f.  Any other sources                                [ ] Yes    [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____ N/A _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____22-09-08_____      _____/s/ signature_____
   DATE                      SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____111.26_____ on account to his/her

credit at (name of institution) _____Dixon Correctional Center_____. I further certify

that the applicant has the following securities to his/her credit: _____unknown_____

_____. I further certify that during the past six months the applicant's

average balance was $ _____see attached_____.

_____2/11/08_____      _____Nedra Chandler (sm)_____
   DATE                      SIGNATURE OF AUTHORIZED OFFICER

REPORT CRITERIA - Date: 08/11/2007 thru End;    Inmate: B79414;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: B79414 Manrique, Armando**      **Housing Unit: DIX-NE-28-72**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 170.46 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228115 | | P/R month of 07/2007 | 10.00 | 180.46 |
| 08/22/07 | Disbursements | 80 Postage | 234315 | Chk #75604 | 808002547, DOC: 523 Fund Inmat, Inv. Date: 07/25/2007 | -.90 | 179.56 |
| 08/23/07 | Point of Sale | 60 Commissary | 235747 | 543978 | Commissary | -15.83 | 163.73 |
| 09/10/07 | Point of Sale | 60 Commissary | 253726 | 545525 | Commissary | -9.38 | 154.35 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257115 | | P/R month of 08/2007 | 10.00 | 164.35 |
| 09/18/07 | Disbursements | 80 Postage | 261315 | Chk #76073 | 80807154, DOC: 523 Fund Inmate, Inv. Date: 09/04/2007 | -.41 | 163.94 |
| 09/18/07 | Disbursements | 80 Postage | 261315 | Chk #76073 | 80808703, DOC: 523 Fund Inmate, Inv. Date: 09/18/2007 | -1.31 | 162.63 |
| 10/04/07 | Point of Sale | 60 Commissary | 277732 | 548797 | Commissary | -21.94 | 140.69 |
| 10/17/07 | Payroll | 20 Payroll Adjustment | 290115 | | P/R month of 09/2007 | 13.31 | 154.00 |
| 10/26/07 | Point of Sale | 60 Commissary | 299726 | 550726 | Commissary | -14.42 | 139.58 |
| 11/08/07 | Point of Sale | 60 Commissary | 312727 | 552270 | Commissary | -8.45 | 131.13 |
| 11/13/07 | Payroll | 20 Payroll Adjustment | 317115 | | P/R month of 10/2007 | 28.80 | 159.93 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80812001, DOC: 523 Fund Inmate, Inv. Date: 10/19/2007 | -.90 | 159.03 |
| 11/21/07 | Point of Sale | 60 Commissary | 325724 | 554145 | Commissary | -21.28 | 137.75 |
| 12/07/07 | Point of Sale | 60 Commissary | 341724 | 555783 | Commissary | -17.21 | 120.54 |
| 12/07/07 | Point of Sale | 60 Commissary | 341724 | 555784 | Commissary | -.17 | 120.37 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | P/R month of 11/2007 | 28.80 | 149.17 |
| 12/14/07 | Disbursements | 90 Medical Co-Pay | 348315 | Chk #77525 | 90816763, DOC: 523 Fund Inmate, Inv. Date: 12/04/2007 | -2.00 | 147.17 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80816990, DOC: 523 Fund Inmate, Inv. Date: 12/06/2007 | -1.65 | 145.52 |
| 01/11/08 | Point of Sale | 60 Commissary | 011747 | 559155 | Commissary | -15.73 | 129.79 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 28.80 | 158.59 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80820532, DOC: 523 Fund Inmate, Inv. Date: 12/31/2007 | -1.80 | 156.79 |
| 01/18/08 | Point of Sale | 60 Commissary | 018726 | 559387 | Commissary | -11.88 | 144.91 |
| 01/24/08 | Disbursements | 88 Contribution | 024315 | Chk #78202 | 88823113, Kingdom Hall Of Dixo, Inv. Date: 01/24/2008 | -12.00 | 132.91 |
| 02/04/08 | Point of Sale | 60 Commissary | 035727 | 561378 | Commissary | -21.65 | 111.26 |

| | |
|---|---|
| **Total Inmate Funds:** | 111.26 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 111.26 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |