IN THE
UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF ILLINOIS

ARMANDO MANRIQUE )
Plaintiff(s) )
 )
 )
 ) Case No. __08 C 50048__
 )
-vs- )
 ) Judge _____
 )
 )
NEDRA CHANDLER )
Defendant(s) )

FILED
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __Armando Manrique__, declare that I am the plaintiff in the above-entitled proceedings and state I am unable to afford the services of an attorney, and hereby request the court to appoint counsel to represent me in this proceeding.

2. In support of this motion, I declare that I have made the following attempts to retain counsel to represent me:

__I have written to various attorney's and law firms but have__
__not received a response from any of them.__

1.

3. In further support of my motion, I declare that (check appropriate answer):

    __X__ I am not currently, nor previously have been represented by an attorney appointed by this Court in this or any civil or criminal proceeding before this Court.

    _____ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the following page.

4. In further support of my, I declare that (check appropriate answer)

    __X__ I have attached an original Application to Proceed in Forma Pauperis detailing my financial status.

    _____ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

    _____ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed in Forma Pauperis to reflect my current financial status.

5. I declare under the penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

**2600 N. Brinton**
Street Address

**Dixon, Il. 61021**
City/State/Zip

DATE: *March 19th, 2008*

2.

As indicated in paragraph three(3) on the preceding page, I am or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s)

Assigned Judge _____ N/A _____

Case Number _____ N/A _____

Case Title _____ N/A _____

Appointed Attorney's Name _____ N/A _____

If case is still pending. please indicate with a check mark  N/A  .

Assigned Judge _____ N/A _____

Case Number _____ N/A _____

Case Title _____ N/A _____

Appointed Attorney's Name _____ N/A _____

If case is still pending, please indicate with a check mark  N/A  .

Assigned Judge _____ N/A _____

Case Number _____ N/A _____

Case Title _____ N/A _____

Appointed Attorney's Name _____ N/A _____

If case is still pending, please indicate with a check mark  N/A  .

3.